IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:25-cr-00204-MHT |
| | ) (WO) |
| JOSEPH DESHUN SHEPPARD, JR. | ) |

**FORFEITURE MONEY JUDGMENT**

Before the court is the government's motion for a forfeiture money judgment (Doc. 104) in the amount of $62,050.00 filed on October 21, 2025.

The government gave notice to the defendant in the superseding indictment (Doc. 25) that it would seek the forfeiture of any property constituting, or derived from, proceeds the person obtained directly or indirectly, as the result of a violation of 18 U.S.C. §§ 1349, 1341, and 1344. The defendant pleaded guilty to violation of 18 U.S.C. §1349, conspiracy to commit bank and mail fraud. The government asserts that it could not locate specific property constituting or derived from the proceeds the defendant received from the offenses in violation of 18 U.S.C. § 1349, and accordingly seeks a forfeiture money judgment. In the plea agreement, the defendant agrees to forfeiture, including a forfeiture money judgment in the approximate amount of $62,050.00. *See* Plea Agreement (Doc. 97) at 6-9, ¶¶ 24-31.

Being advised of the relevant facts, the court hereby finds that defendant Joseph Deshun Sheppard, Jr. obtained at least $62,050.00 in proceeds from the conspiracy to commit mail and bank fraud to which he pled guilty.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that for good cause shown, the government's motion for a forfeiture money judgment is granted.

It is further ORDERED that, pursuant to 18 U.S.C. § 982(a)(2) and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held liable for a forfeiture money judgment in the amount of $ 62,050.00.

This order constitutes the preliminary order of forfeiture required by Fed. R. Crim. P. 32.2(b)(2)(A). This order will become a final forfeiture money judgment at sentencing pursuant to Fed. R. Crim. P. 32.2(b)(4)(A).

The court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and to order any substitute assets forfeited to the government up to the amount of the forfeiture money judgment.

DONE this 10th day of November, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE